In The United States District Court
For the District of Kansas

| | |
|---|---|
| Santiago H. Vasquez, | ) |
|     Plaintiff, | ) |
| vs. | )    Case No. 06-2090-KHV |
| Unified Government of Wyandotte County/Kansas City, Kansas, | ) |
|     Defendant. | ) |

## **Order**

On this 20th day of November, 2006, the parties' Stipulation of Dismissal (Doc. #21) comes before the court. Based upon the parties' stipulation, this case is dismissed with prejudice as to all defendants, with each party to bear its own costs.

It is so ordered.

    s/ Kathryn H. Vratil
    Kathryn H. Vratil
    United States District Court Judge